IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| RIGOBERTO LOPEZ RAMOS; DIANA M. COLON ORTIZ; CARLOS FRANCISCO LÓPEZ COLÓN; DAPHNE FABRES FARREL; LOURDES SANCHEZ RIVERA AND UWE SCHNELL | CIVIL NO.: 15-2662 (JAF) |
| Plaintiffs, | Action in Wrongful Death and Products Liability |
| v. | |
| PRATT & WHITNEY, CANADA; BOMBARDIER, INC.; SHORTS BROTHERS, PLC; ; HARTZELL PROPELLER, INC.; INSURANCE COMPANY X; INSURANCE COMPANY Y; DEFENDANTS RALPH DOE 1 THROUGH 3 | Plaintiffs Demand Trial by Jury |
| Defendants. | |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

**TO THE HONORABLE COURT:**

**NOW COME** plaintiffs Rigoberto Lopez Ramos, Diana M. Colon Ortiz, Carlos Francisco López Colón, Daphne Fabres Farrel, Lourdes Sanchez Rivera and Uwe Schnell, through their undersigned attorneys, **TRONCOSO & SCHELL**, and pursuant to Federal Rule of Civil Procedure 41(a) submit this Notice of Dismissal Without Prejudice:

This Notice of Dismissal is filed by plaintiffs without a Court Order because none of the opposing parties have served an Answer to the Complaint or a Motion for Summary Judgment. This Notice of Dismissal is without

1

prejudice. Further, this legal action has never been dismissed previously, so that the dismissal does not operate as an adjudication on the merits.

**WHEREFORE**, it is respectfully requested that this Honorable Court take notice of the filing of the Notice of Dismissal Without Prejudice, pursuant to Federal Rule of Civil Procedure 41 (a).

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 1st day of February, 2016.

**I HEREBY CERTIFY** that on this date I presented the foregoing to the Clerk of the Court for filing and uploading to the CM/ECF system.

*s/Francisco M. Troncoso*
Francisco M. Troncoso - Bar No. 120007
Attorney for Plaintiffs
Troncoso & Schell
PO Box 9023352
San Juan, PR 00902-3352
Tel: (787) 722-0741
Fax: (787) 724-2563
e-mail: ftroncosolaw@yahoo.com